**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

APARNA VASHISHT-ROTA,

       Plaintiff - Appellant,

 v.

OTTAWA UNIVERSITY,

       Defendant - Appellee.

No. 24-7815

D.C. No. 3:20-cv-00959-AGS-KSC

MEMORANDUM[*]

---

Appeal from the United States District Court
for the Southern District of California
Andrew George Schopler, District Judge, Presiding

Submitted May 21, 2025[**]

Before:    SILVERMAN, LEE, and VANDYKE, Circuit Judges.

   Aparna Vashisht-Rota appeals pro se from the district court's sanctions order in her diversity action alleging various employment-related claims. We have jurisdiction under 28 U.S.C. § 1291. We review de novo questions of our own jurisdiction. *Hunt v. Imperial Merch. Servs., Inc.*, 560 F.3d 1137, 1140 (9th Cir.

---

   [*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

   [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

2009).  We dismiss the appeal as moot.

The district court dismissed this action for failure to state a claim before entering the sanctions order, and the only sanction the court imposed was the dismissal of a different action.  Because relief from the sanctions order in this action would not afford Vashisht-Rota any remedy, the appeal is moot.  *See Vill. of Gambell v. Babbitt*, 999 F.2d 403, 406 (9th Cir. 1993) (claim is moot if there is no present controversy for which relief can be granted).

All pending motions and requests are denied as moot.

**DISMISSED.**